UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN GOMEZ and on behalf of all other persons similarly situated,<br><br>                Plaintiff,<br><br>            –against–<br><br>PAUL MORELLI DESIGN OF NEW YORK, INC.,<br><br>                Defendant. | 17 CV 8112 (PAE) |

### **DEFAULT JUDGMENT**

Engelmayer, D.J.

    It is **ordered, adjudged, and decreed—**

    The plaintiff Carmen Gomez does recover of the defendant Paul Morelli Design of New York, Inc., $500.00, plus postjudgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor; and

    The defendant Paul Morelli Design of New York, Inc., is enjoined to immediately remediate its website to make it readily accessible and usable to persons with disabilities.

                                        **So ordered.**

Dated: New York, New York

                                        Paul A. Engelmayer,
                                        United States District Judge