UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARMEN GOMEZ,

                      Plaintiff,                    17 Civ. 8112 (PAE)

         -v-                                    ORDER

PAUL MORELLI DESIGN OF NEW YORK, INC.,

                      Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       On March 8, 2019, plaintiff filed a motion for default judgment. *See* Dkt. 18. The Court hereby orders that a hearing on plaintiff's motion for default judgment be held on May 28, 2019, at 11 a.m. Plaintiff is directed to serve this order, as well as plaintiff's motion for default judgment and supporting papers, on defendant and to file proof of such service by April 19, 2019.

       SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                      Paul A. Engelmayer
                                                                       United States District Judge

Dated: March 18, 2019
       New York, New York