UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

CARMEN GOMEZ and on behalf of all other persons similarly situated,

        Plaintiff,

–against–

PAUL MORELLI DESIGN OF NEW YORK, INC.,

        Defendant.

17 CV 8112 (PAE)

## DEFAULT JUDGMENT

Engelmayer, D.J.

    It is **ordered, adjudged, and decreed**—

    The plaintiff Carmen Gomez does recover of the defendant Paul Morelli Design of New York, Inc., $300.00, plus postjudgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor; and

    The defendant Paul Morelli Design of New York, Inc., is enjoined to immediately remediate its website to make it readily accessible and usable to persons with disabilities.

                              **So ordered.**

Dated: New York, New York
      7/16/19

                               Paul A. Engelmayer,
                               United States District Judge